PER CURIAM.

William A. Veney appeals the district court's dismissal of his petition for writ of habeas corpus filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). He alleges the district court erred by failing to appoint counsel to assist him and failing to liberally construe his pro se § 2254 petition. We have reviewed the record and the district court's opinion and find no reversible error. *See Murray v. Giarratano,* 492 U.S. 1, 7–8, 109 S.Ct. 2765, 106 L.Ed.2d 1 (1989); *Beaudett v. City of Hampton,* 775 F.2d 1274 (4th Cir. 1985). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Anthony Que McCullough seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record, the district court's opinion, and McCullough's informal brief filed in this court. Because McCullough fails to challenge on appeal the district court's finding that his § 2254 petition was untimely, he has not preserved that issue for our review. 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *McCullough v. Garraghty,* No. CA–01–503–7 (W.D.Va. July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Anthony Que McCULLOUGH,**
**Petitioner–Appellant,**

v.

**David A. GARRAGHTY, Warden,**
**Respondent–Appellee.**

No. 01–7519.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.

Anthony Que McCullough, Pro Se.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Randolph E. DAWSON, Defendant–**
**Appellant.**

No. 01–7521.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.